**Order entered December 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00582-CV**

**IN THE INTEREST OF S.W., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

## ORDER

By order dated November 17, 2020, we ordered Certified Shorthand Reporter Jayne Godfrey to file, by November 25, 2020, the reporter's record of the hearing held on November 6, 2020. Before the Court is Ms. Godfrey's November 25th request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 29, 2020**.

/s/    BILL WHITEHILL
        JUSTICE